**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:14-CV-049-FDW-DCK**

| | | |
|---|---|---|
| **KATHRYN ARMSTRONG,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **LIBERTY LIFE ASSURANCE COMPANY** | ) | |
| **OF BOSTON, AND EDUCATION** | ) | |
| **MANAGEMENT LLC SIGNATURE** | ) | |
| **BENEFITS PLAN,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) filed by Douglas A. Rubel, concerning John W. Sulau on April 9, 2014. Mr. John W. Sulau seeks to appear as counsel *pro hac vice* for Defendants Liberty Life Assurance Company of Boston and Education Management LLC Signature Benefit Plan. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) is **GRANTED.** Mr. John W. Sulau is hereby admitted *pro hac vice* to represent Defendants Liberty Life Assurance Company of Boston and Education Management LLC Signature Benefit Plan.

**SO ORDERED**.

Signed: April 10, 2014

David C. Keesler
United States Magistrate Judge