IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-049-FDW-DCK

| KATHRYN ARMSTRONG, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, AND EDUCATION MANAGEMENT LLC SIGNATURE BENEFITS PLAN, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Calvin B. Bennett III, filed a "Certification Of Mediation Session" (Document No. 19) notifying the Court that the parties reached a settlement on October 2, 2014. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **November 3, 2014**.

**SO ORDERED**.

Signed: October 14, 2014

David C. Keesler
United States Magistrate Judge